```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Nahoko Mizuta, et. al.

                    Plaintiffs,           19 Civ. 537 (DAB)
                                                ORDER
        v.


New York City Department of Education, et. al.

                    Defendants.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is aware that issues directly governing the disposition of this case are currently being considered by the Second Circuit. See <u>Mendez v. New York City Department of Education</u>, No. 19-1852 (2d Cir. Aug. 15, 2019); <u>Paulino v. New York City Department of Education, et. al.</u>, No. 19-1662 (2d Cir. Aug. 15, 2019); <u>Carrilo, et. al. v. New York City Department of Education</u>, No. 19-1813 (2d Cir. Aug. 15, 2019).

Accordingly, the above-captioned case is stayed pending the outcome of these appeals.

SO ORDERED.

DATED:    November 22, 2019
          New York, New York

*[signature: Deborah A. Batts]*

Deborah A. Batts
United States District Judge