UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020

Nahoko Mizuta, *et al.*,

              Plaintiffs,

    –v–

New York City Department of Education, *et al.*,

              Defendants.

19-cv-537 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 10, 2020, the Court stayed this action pending the Second Circuit's decisions on petitions for rehearing in *Ventura de Paulino v. New York City Department of Education*, No. 19-1662 (2d Cir.) and *Mendez v. New York City Department of Education*, No. 19-1852 (2d Cir.). *See* Dkt. No. 81. The Court ordered that if the Second Circuit denied rehearing, the parties were "to meet and confer and advise the Court how they wish to proceed." *Id.*

The Second Circuit has now denied rehearing, issued its mandate, and subsequently denied a motion to stay or recall the mandate. No. 19-1662 (2d Cir.), Dkt. Nos. 169 (denying rehearing on June 22, 2020), 169 (issuing mandate), 179 (denying motion). The parties however have failed to submit a letter advising the Court how they wish to proceed.

The parties are ordered to meet and confer and, no later than September 11, 2020, provide the Court with a status update and indicate how they wish to proceed in this matter.

SO ORDERED.

Dated: August 31, 2020
      New York, New York

                                                   ALISON J. NATHAN
                                             United States District Judge