```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
NAHOCO MIZUTA and KENTARO MIZUTA, as
Parent and Natural Guardians of Y.M., and
NAHOCO MIZUTA and KENTARO MIZUTA,
Individually,

                                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
DORA M. LASSINGER,
NEW YORK STATE EDUCATION DEPARTMENT,

                                        Defendants.
----------------------------------------------------------------- X

19 CV 537 (AJN)

**STIPULATION OF VOLUNTARY DISMISSAL**

      Plaintiffs NAHOCO MIZUTA and KENTARO MIZUTA, as Parent and Natural Guardians of Y.M., and NAHOCO MIZUTA and KENTARO MIZUTA, Individually, Defendant New York City Department of Education and Defendant New York State Education Department, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and causes of action against Defendant New York State Education Department only, with Plaintiffs and the Defendant New York State Education Department respectively bearing their own attorneys' fees and costs.

1

Dated: October 29, 2020

By: Karl J. Ashanti, Esq.
Attorney for Plaintiffs

By: David S. Thayer, Esq.
Attorney for New York City Department of Education

By: Clement John Colucci, III
Attorney for New York State Education Department

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THE CLAIMS AGAINST DEFENDANT NEW YORK STATE EDUCATION DEPARTMENT, ONLY, BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE, with Plaintiffs and the Defendant New York State Education Department respectively bearing their own attorneys' fees and costs concerning such claims.

Dated: November 1, 2020

_____
Honorable Alison J. Nathan, U.S.D.J.